IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| Michael Silva, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:12cv22 (TSE/TRJ) |
| | ) |
| Studley Professional Staffing, LLC | ) |
| *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

O R D E R

Plaintiff in this matter has filed motions to compel (no. 21) and for sanctions (no. 23) and

noticed them for hearing on May 17, 2012 at 11:00 a.m.  The court will conduct a hearing on

those motions on May 15, 2012 at 11:00 a.m. in Courtroom 301.  Defendants' brief in opposition

to the motions is due by 5:00 p.m. on May 11, 2012, and plaintiff's reply, if any, is due by 12:00

p.m. on May 14, 2012.  Plaintiff's motion (no. 25) to enlarge time is moot.

It is so ORDERED.

ENTERED this 9th day of May, 2012.

                                                                        /s/
                                                        Thomas Rawles Jones, Jr.
                                                        United States Magistrate Judge

Alexandria, Virginia